IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jane Doe, both individually and on behalf of a class of others similarly situated, | : | |
| | : | Civil Action 2:13-cv-00503 |
| Plaintiff | : | Judge Frost |
| v. | : | Magistrate Judge Abel |
| Franklin County, Ohio, | : | |
| Defendant | | |

## ORDER

Plaintiff Jane Doe's July 24, 2013 motion for leave to file case with anonymous plaintiff and to file the identity of the anonymous plaintiff under seal (doc. 5) is GRANTED.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge.  The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel
United States Magistrate Judge