# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JANE DOE,**

                                                **Case No. C2-13-503**
                                                **JUDGE GREGORY L. FROST**
                                                **Magistrate Judge Abel**

                    **Plaintiff,**

     **v.**

**FRANKLIN COUNTY, OHIO,**

                    **Defendant.**

## ORDER

Defendant's Objection to the Magistrate Judge's July 26, 2013 Order (ECF No. 13) shall come on for a non-oral hearing on August 30, 2013.

      **IT IS SO ORDERED.**

                                        **/s/   Gregory L. Frost**
                                        **GREGORY L. FROST**
                                        **UNITED STATES DISTRICT JUDGE**