UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| KRISTEN McDONALD, both individually and on behalf of a class of others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>FRANKLIN COUNTY, OHIO<br><br>        Defendant, | Civil Action No.: 2:13-cv-503 (MHW/TPK) |

**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**

PLEASE TAKE NOTICE THAT Plaintiff Kristen McDonald, upon the annexed affirmation of Elmer Robert Keach, III, with exhibits, and the Plaintiff's Memorandum of Law, hereby moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for Summary Judgment, and further seeks a Permanent Injunction. The time within which the Defendant is to respond has been established by scheduling order.

The Plaintiff requests that the Court entertain oral argument on this motion.

                                                  Respectfully Submitted By:

Dated: December 14, 2016          Elmer Robert Keach, III, Esquire
                                                  Admitted *Pro Hac Vice*
                                                  LAW OFFICES OF ELMER ROBERT KEACH, III, P.C.
                                                  One Pine West Plaza, Suite 109
                                                  Albany, NY 12205
                                                  Telephone: (518) 434-1718
                                                  Facsimile: (518) 770-1558
                                                  Email: bobkeach@keachlawfirm.com

                                                  Nicholas A. Migliaccio, Esquire
                                                  Admitted *Pro Hac Vice*

MIGLIACCIO & RATHOD, LLP
412 H Street, N.E., Suite 302
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
Email: nmigliaccio@classlawdc.com

D. Aaron Rihn, Esquire
Admitted *Pro Hac Vice*
ROBERT PEIRCE & ASSOCIATES, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1918
Telephone: (412) 281-7229
Facsimile: (412) 281-4229
Email: arihn@peircelaw.com

Andrew Baker, Esquire
Member of the Bar, USDC, SDOH
BAKER LAW GROUP
107 South High Street, Suite 400
Columbus, Ohio 43215
Telephone: 614.228.1882
Telecopier: 614.228.1862
Electronic Mail: Andrew.baker@bakerlawgroup.net

*Attorneys for Plaintiff and the Certified Class*