UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| KRISTEN MCDONALD, both individually and on behalf of a class of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANKLIN COUNTY, OHIO,<br><br>        Defendant. | Civil Action No. 2:13-cv-0503 |

## STATUS REPORT

This action is settled.  The Plaintiff will file a Motion for Preliminary Approval on or before January 7, 2021.  The filing of this motion was brief delayed by the pendency of the holidays, and the renewed surge in covid cases in New York, which has resulted in the renewed closure of the office of the undersigned counsel.  There will be no further delays in presenting this matter to the Court.

Respectfully submitted by:

/s Elmer Robert Keach, III

Dated:   January 4, 2022

_____
Elmer Robert Keach, III, Esquire
Admitted Pro Hac Vice
**LAW OFFICES OF ELMER ROBERT KEACH, III, P.C**.
One Pine West Plaza, Suite 109
Albany, NY  12205
Telephone: (518) 434-1718
Facsimile: (518) 770-1558
Email: bobkeach@keachlawfirm.com

Andrew Baker, Esquire

1

Member of the Bar, USDC, S.D. Ohio
**BAKER LAW GROUP**
107 South High Street, Suite 400,
Columbus, Ohio 43215
Telephone:     614.228.1882
Telecopier: 614.228.1862
Email: andrew.baker@bakerlawgroup.net

Nicholas A. Migliaccio, Esquire
**MIGLIACCIO & RATHOD**
412 H Street, NE, Suite 302
Washington, DC 20002
Telephone: (202) 470-3520
Email: nmigliaccio@classlawdc.com

D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1918
Telephone: (412) 281-7229
Facsimile: (412) 281-4229
Email: arihn@peircelaw.com

*Attorneys for Plaintiffs and the Certified Class*