# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

_____

KRISTEN McDONALD, Individually and on Behalf of a Certified Class of Other Similarly Situated Plaintiffs,

                           Plaintiff,

                           v.

FRANKLIN COUNTY, OHIO

                           Defendant.

_____

No: 2:13-CV-0503

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE THAT**, upon the Plaintiff's Memorandum of Law, with Exhibits, the Plaintiff will move this Court, at a time to be set by chambers, for Preliminary Approval of a Class Action Settlement in this Action, pursuant to Fed. R. Civ. Proc. 23. Responding papers, if any, must be filed by the date set by the Court.

                           Respectfully Submitted By:

                           /s Elmer Robert Keach, III

                           _____

Dated:  January 7, 2022          Elmer Robert Keach, III, Esquire
                                                  Admitted *Pro Hac Vice*
                                                  LAW OFFICES OF ELMER ROBERT
                                                    KEACH, III, PC
                                                  One Pine West Plaza, Suite 109
                                                  Albany, NY  12205
                                                  518.434.1718
                                                  bobkeach@keachlawfirm.com

                                                  ATTORNEY FOR PLAINTIFF AND
                                                  THE CERTIFIED CLASS