UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| KRISTEN McDONALD, both individually and on behalf of a Certified Class of Other Similarly Situated Plaintiff,<br><br>                 Plaintiffs,<br><br>     v.<br><br>FRANKLIN COUNTY, OHIO<br>                Defendant. | No: 2:13-CV-0503 |

## DECLARATION OF JESSIE MONTAGUE

1.     My name is Jessie Montague, and I am over the age of eighteen (18) years.  I make this declaration under the penalty of perjury, free and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge.  If called to testify, I could and would testify consistent with the matters stated herein.

2.     I am a Project Manager for RG/2 Claims Administration LLC ("RG/2 Claims"), the independent third-party settlement administrator retained as Settlement Administrator to handle various settlement administration activities in the above-referenced matter.

3.     RG/2 Claims is a full service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services.  RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, consumer fraud, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $1.7 billion in class action settlement proceeds.

4.     I have been actively involved and responsible for handling the administration of the settlement of the above-referenced matter.

5.     RG/2 Claims was retained to, among other tasks:  a) prepare, print and mail Notices

to all Class members; b) prepare weekly activity reports; c) create and maintain the Settlement website; d) re-mail Notices; e) skip-trace undeliverable addresses; f) contracting and overseeing published notice; g) receiving and tracking requests for exclusion and objections; h) distributing payments to the Settlement Class Members including any associated tax reporting, return and filing requirements; and i) preforming such other tasks as the Parties mutually agree or the Court orders RG/2 Claims to perform.

6.     On January 24, 2022, RG/2 Claims caused to be served by Federal Express, or electronic mail where applicable, a Notice of Proposed Settlement to the United States Attorney General and eight (8) State Attorney Generals.  A copy of the Notice of Proposed Settlement, excluding its exhibits, is attached hereto as **Exhibit A.**

7.     On or about January 18, 2022, RG/2 Claims received an electronic file from Class Counsel containing the names and known contact information for individuals that were identified as Class Members.  Class Counsel compiled the names and last known residence addresses for Class Member from the booking sheets provided by Defense Counsel.  RG/2 Claims reviewed the electronic file and determined there were a total of 679 unique Class Members.

8.     Prior to mailing the Notice Packets, and in order to locate the most recent addresses for Class members, RG/2 Claims processed the Class Data list of 679 names and addresses received through the United States Postal Service's ("USPS") National Change of Address database ("NCOA") and performed extensive skip-trace procedures and updated the data with corrected information.

9.     On March 10, 2022, RG/2 Claims caused to be served to the 679 Class members by First Class U.S. Mail the *Notice of Proposed Class Action Settlement and Hearing* (referred to collectively as the "Notice Packet").  A true and correct copy of the Notice Packet is attached hereto as **Exhibit B**.

10.     On March 10, 2022, RG/2 Claims made available to the public a settlement website at www.jacksonpikesettlement.com.  The website includes the following:

    a.    The "Homepage" contains a brief summary of the Settlement and advises the Class of their rights under the Settlement.  A copy of the Homepage is attached hereto as **Exhibit C**;

   b. The "Court Documents" page contains pdf copies of the Notice of Proposed Class Action Settlement and Hearing and the Settlement Agreement.

   c. The "Contact Us" page contains the contact information of the Settlement Administrator and Class Counsel.

  11. In addition to mailing the Notice Packets to Settlement Class Members and in order to reach additional Class Members, RG/2 arranged for the Summary Notice to be published in the Columbus Dispatch on March 17, 2022. A copy of the Summary Notice in the publication is attached hereto as **Exhibit D**.

  12. RG/2 Claims also arranged a digital banner advertisement campaign on the Columbus Dispatch and Gannett Publishing digital network where Class Members could click on the advertisement and be linked to the settlement website.  Overall, this digital media campaign produced over 390,000 impressions online. A copy of the Banner ads is attached hereto as **Exhibit E**.

  13. As of April 22, 2022, 112 Notice Packets were returned by the United States Postal Service ("USPS") as undeliverable.  RG/2 Claims then performed extensive skip-trace procedures, and was able to locate updated addresses for 62 Class Members.  A total of 50 Notice Packets remain undeliverable by mail.  Accordingly, 92.7% of the Notice Packets were mailed without being returned as undeliverable.

  14. The Notice advised Class Members of the option to exclude themselves provided that they do so, as instructed in the Notice, such that they are postmarked by May 9, 2022.  To date, RG/2 Claims has not received any Requests for Exclusion.

  15. The Notice also advised Class Members of the option to object to the Settlement provided that they do so, as instructed in the Notice, such that they are postmarked by May 9, 2022. To date, RG/2 Claims has not received or been made aware of objections to the Settlement.

  16. RG/2 Claims has incurred fees and costs associated with the Settlement Administration thus far, and will incur additional costs related to distribution, calculating payments, addressing any associated tax reporting, return and filing requirements and responding to inquiries. RG/2 Claims currently estimates the fees and costs associated with the administration of the settlement will be $33,700.

17.     If a Re-distribution of settlement funds is required, RG/2 Claims estimates the additional fees and costs will amount to an additional $5,000.

18.     I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2022.


*Jessie Montague*
_____

JESSIE MONTAGUE

# EXHIBIT A

# RG2
## Claims
## Administration LLC

January 24, 2022

<u>Via «Via_Mail»</u>

«First» «Last», «Esquire»
«Title»
«Street_1»
«Street2»
«City», «State1» «Zip»


Re:    *McDonald et al. v. Franklin County, Ohio*
       Case No.2:13-CV-0503
       <u>Notice Pursuant to 28 U.S.C. § 1715</u>

Dear Sir or Madam:

      Pursuant to the Class Action Fairness Act of 2005 (specifically 28 U.S.C.A. § 1715), Defendant Franklin County, Ohio and the Claims Administrator hereby give notice of the following:

1. On January 7, 2022, Class Counsel filed Plaintiff's Unopposed Motion For Preliminary Approval of Class Action Settlement and Memorandum of Law in Support of the Plaintiff's Unopposed Motion for Preliminary Approval.

2. As of January 21, 2022, the Court in this matter has not scheduled a hearing to consider preliminary approval.

3. Pursuant to the requirements under the Class Action Fairness Act of 2005, copies of the following documents are contained herein:

    a.  Exhibit A:  Class Action Complaint, filed May, 23, 2013;

    b.  Exhibit B:  Amended Class Action Complaint, filed September 30, 2013;

    c.  Exhibit C:  Plaintiff's Unopposed Motion For Preliminary Approval of Class Action Settlement, Memorandum of Law in Support of the Plaintiff's Unopposed Motion for Preliminary Approval, Settlement Agreement, [Proposed] Judgement, [Proposed] Order for Preliminary Approval of Settlement, Declaration of Elmer Robert Keach, III, Esquire, in Support of Plaintiff's Motion For Preliminary Approval of Settlement,

New York, NY  ♦  Philadelphia, PA  ♦  Dover, DE  ♦  Atlanta, GA  ♦  San Francisco, CA
www.RG2CLAIMS.com
Toll Free 866-742-4955



January 24, 2022
Page 2

and exhibits thereto; and

    d.   Exhibit D:   Table of Class Members, sorted by state of residency.

4.   The Court has yet to grant preliminary approval in the above referenced matter and there are no other written judicial opinions relating to the materials referenced herein.

Sincerely,

RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479
Email: info@rg2claims.com
Direct: (215) 979-1620

# EXHIBIT B

**Legal Notice**

**United States District Court for the Southern District of Ohio**

<u>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING**</u>

**IF YOU ARE A WOMAN WHO WAS ADMITTED INTO THE CUSTODY OF THE FRANKLIN COUNTY SHERIFF'S OFFICE, AND HAD PHOTOGRAPHS TAKEN OF TATTOOS ON YOUR PRIVATE PARTS BETWEEN MAY 23, 2011 AND APRIL 30, 2014, YOU ARE ENTITLED TO RECEIVE MONEY FROM A CLASS ACTION SETTLEMENT**

**Read This Notice Carefully**

*A Federal Court Authorized This Notice. It Is Not From A Lawyer. You Are Not Being Sued.*

- This is a proposed settlement of a class action alleging female pre-arraignment detainees at Jackson Pike between May 23, 2011, and April 30, 2014, had photographs taken of their tattoos in compromising positions in violation of their constitutional rights.

- The primary benefit of the settlement to class members is a payment. Each Class Member is entitled to receive a *pro rata* share of the Settlement Fund, which we estimate will be in excess of $2,000.00. In addition, the Defendant has agreed to enact a policy forbidding photographing the tattoos of misdemeanor detainees as asserted in this lawsuit absent extraordinary circumstances, and will train its employees about the new policy in due course. The Defendant has also agreed that all photographs of the tattoos of class members will be sealed by Court Order and destroyed within five years.

- You are eligible to receive this payment without taking any additional action, as you, as the person to whom this notice is addressed, has been verified as a member of the class. It is imperative that you contact class counsel immediately with your address so that you can be mailed a check for your share of the settlement.

- The settlement requires the defendant to establish a Settlement Fund in the amount of $2,500,000 to pay all costs, expenses, attorney fees, and payments to class members. This is the complete and total settlement amount that defendant will pay and includes, in addition to payments to class members: (1) payment, on behalf of the class, of plaintiffs' attorneys' fees and litigation costs in an amount to be determined by the Court; (2) payment of an incentive award to the class representative; and (3) payment of the costs of notifying the class about, and administering all aspects of, this settlement, including distributing payment to members of the class.

- Visit the Class Action Settlement Website at www.jacksonpikesettlement.com for additional

1

details about the lawsuit. You may also get additional information by calling 1-866-742-4955, or by writing to info@rg2claims.com or:

*McDonald v. Franklin* County Settlement Administrator
C/o RG/2 Claims Administration
P.O. Box 59479
Philadelphia, PA 19102-9479

*Your legal rights are affected whether you act or you don't act. Read this notice carefully.*

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **Exclude Yourself** | If you exclude yourself from the Settlement, you will not be bound by the Settlement or judgment and will not be entitled to a cash payment. You will be free to pursue your claims, if any, against the Defendant. This is the only option that allows you to bring or be part of any other lawsuit against the Defendant in this case about the same legal claims that are advanced in this case. **You must exclude yourself from the Settlement by May 9, 2022.** |
| **Object** | If you do not exclude yourself, you may write to the Court about why you do not like the Settlement or the request for legal fees and costs. **You must send a written objection to the Court postmarked no later than May 9, 2022.** |
| **Go to a Hearing** | You may ask to speak in Court about the fairness of the Settlement or the request for fees and costs. |
| **Do Nothing** | You will receive your *pro rata* share of the payment. You give up your right to sue Defendant on these claims later. |

2

- ▪ These rights and options – **and the deadlines to exercise them** – are explained in this notice.

- • Your legal rights are affected whether you act or do not act. Read this notice carefully.

- • The Court in charge of this case still must decide whether to give final approval to the Settlement. Likewise, payments to class members will be distributed only if the Court grants final approval of the Settlement and after any appeals are resolved.

# BASIC INFORMATION

## I. WHY DID I GET THIS NOTICE?

You, or a female residing at your address, was in the custody of the Franklin County Sheriff's Office on misdemeanor or other minor charges between May 23, 2011 and April 30, 2014, and had photos taken of tattoos located on their private parts upon admission to the Jackson Pike Facility in Columbus. These private parts including the breast, genitals, buttocks and the area under the belly button.

The Court sent you this notice because you have a right to know about a proposed settlement of a class action, and about your options, before the Court decides whether to approve the settlement. If the Court approves it and after objections and appeals are resolved, an administrator appointed by the Court will make the payments that the settlement allows. You will be informed of the progress of the settlement.

*If the class member that is entitled to receive this settlement notice is deceased, the settlement payment check will be made out in the name of the estate of the deceased class member. If you are the next of kin of a deceased class member, please contact Class Counsel listed below.*

The Court in charge of this case is the United States District Court for the Southern District of Ohio. United States District Judge Michael H. Watson is presiding over this case. The Case is known as *McDonald v. Franklin County, Ohio,* Case Number 2:13-CV-503. The people who sued are called Plaintiffs, and the municipality they sued, Franklin County, is called the Defendant. The lawyers that represent the Plaintiff and the Class are called Class Counsel.

## II. WHAT IS THIS LAWSUIT ABOUT?

The lawsuit claims that Franklin County illegally photographed tattoos on the private parts of female detainees who were admitted into the custody of the Jackson Pike facility in Columbus after being charged with misdemeanors or other minor crimes, in violation of the unreasonable search and seizure provisions contained in the Fourth Amendment of the United States Constitution. Defendant Franklin County admits to photographing all tattoos on detainees during the class period, but maintains it did so legally. The Defendant further claims that the Class Members are not entitled to any damages as a result of having their tattoos photographed.

3

### III.    WHY IS THIS A CLASS ACTION?

In a class action, one or more people, called Class Representatives (in this case Kristen McDonald), sue on behalf of all people who have similar claims. All these people are a Class or Class Members. One Court resolves the issues for all Class Members, except for those who exclude themselves from the Class. United States District Judge Michael H. Watson is in charge of this class action.

### IV.    WHY IS THERE A SETTLEMENT?

The Court did not decide in favor of Plaintiff or Defendant. Instead, both sides agreed to a Settlement. That way, they avoid the costs and risks of a trial, and the people affected will get compensation. The Class Representative and her attorneys think the Settlement is best for everyone who was subject to Jackson Pike's practices during the class period.

### V.    HOW DO I KNOW IF I AM A MEMBER OF THE CLASS?

District Judge Watson has decided that everyone who fits this description is a Class Member:

> All female detainees who have been placed into the custody of the Franklin County Correctional Center Two ("Jackson Pike"), after being charged with misdemeanors, minor misdemeanors, violations of probation, traffic infractions, civil commitments, city code violations or other minor crimes, including failure to pay fines, and had photographs taken of their breasts, hypogastric region, genitals, and/or buttocks upon their entry into the Jackson Pike facility prior to being arraigned before a judicial officer, pursuant to the policy, custom and practice of the County of Franklin. Detainees who are members of the class had photographs taken of their genitals, their hypogastric region, the lobes of their buttocks and/or the lobes of their breasts at the Jackson Pike facility. The class period commences on May 23, 2011, and extends until April 30, 2014.

> Specifically excluded from the class are the Defendant and any and all of its respective affiliates, legal representatives, heirs, successors, employees or assignees.

Counsel for all parties agree that Franklin County ceased photographing tattoos on the private parts of detainees charged with misdemeanors or other minor crimes on April 30, 2014, the date on which they changed their policy and trained their employees to cease taking such photographs. Consequently, the Class Period runs from May 23, 2011 until April 30, 2014. If you are a female, were admitted into the custody of Jackson Pike during this time, and had photographs taken of tattoos on your private parts, you are a member of the class.

This lawsuit does not cover men, individuals charged with felony offenses, or individuals who had tattoos photographed that were not on their private parts at the time of their entry into the Jackson Pike facility. Also excluded are employees and representatives of the Defendant.

4

## VI.    HOW DO I KNOW IF I QUALIFY TO BE IN THE CLASS?

Class Counsel understands the sensitivity that many class members have about their time in the Franklin County Jail. Any contact between class members and Class Counsel is confidential. If you are delivered this notice, Class Counsel has reviewed your records and determined you are a member of the Class.  You need to cooperate with class counsel in order for class counsel to locate you, and for them to make sure that you receive your settlement payment. You need to do nothing to receive this payment other than work with class counsel to provide your address.

If you did not receive this notice in the mail, however, you may still be a class member. You may contact Class Counsel or the Settlement Administrator to confirm your membership in the class. For more information, you can also visit the website, www.jacksonpikesettlement.com.

## VII. WHAT AM I GIVING UP TO STAY IN THE CLASS?

Unless you exclude yourself, you are staying in the Class and will be represented by Class Counsel. That means you will be part of this lawsuit, and cannot sue, continue to sue, or be part of any other lawsuit against Franklin County, its employees, or its elected officials about the legal issues in *this* case. It also means that all of the Court's orders will apply to you and legally bind you.

You will receive a cash payment if you stay in the class.  The attorneys for the class, and all litigation and administrative expenses, are being paid from the settlement fund.

# THE SETTLEMENT BENEFITS – WHAT YOU GET

## VIII.    WHAT DOES THE SETTLEMENT PROVIDE?

Defendant has agreed to provide a total settlement fund amount of $2,500,000 to compensate Class Members whose tattoos were photographed while at the Jackson Pike facility during the class period. This settlement fund amount will cover all costs, administration and notification expenses, payments to class members, attorney fees, class notice, and all aspects of the administration of settlement, including but not limited to, attorneys' fees up to a maximum of $833,333.33, class counsel's litigation expenses and a service award to the class representative of $50,000 for stepping forward and representing the Class.

A complete description of the settlement is provided in the Settlement Agreement and Release. You can get a copy of the Settlement Agreement and Release by visiting www.jacksonpikesettlement.com.

## IX.    WHAT CAN I GET FROM THE SETTLEMENT?

The Settlement Fund will be distributed to Class Members on a pro rata basis. Each Class Member is entitled to receive a pro rata share of the Settlement Fund. We estimate that each class member will receive an amount in excess of $ 2,000.00.

If you received this notice on behalf next of kin who was a member of the class and who has passed away, please contact the Administrator for instructions on having the settlement payment paid to the Estate of the class member.

# EXCLUDING YOURSELF FROM THE CLASS

If you want to keep the right to sue, if any, or continue to sue Franklin County, if any, on your own, for monetary damages, then you must take steps to get out of the case. This is called excluding yourself – or is sometimes referred to as "opting out" of the class action lawsuit.

## X. HOW DO I GET OUT OF THE CLASS ACTION LAWSUIT?

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from McDonald v. Franklin County, Ohio, Case Number 2:13-CV-503. Be sure to include your name, address, telephone number, email address, and your signature. You must mail your exclusion request postmarked no later than May 9, 2022 to:

Franklin County Jail Exclusions
Elmer Robert Keach, III, Esquire
Law Offices of Elmer Robert Keach, III, PC
One Pine West Plaza, Suite 109
Albany, NY 12205

Class Counsel will take the responsibility of forwarding your Exclusion Request to the Court. You cannot exclude yourself on the phone or by e-mail. If you ask to be excluded, you will not receive monetary recovery from this lawsuit, you cannot participate in the lawsuit, and you will not be legally bound by anything that happens in the lawsuit. You may be able to sue (or continue to sue) Franklin County in the future.

## XI. IF I DO NOT EXCLUDE MYSELF, CAN I SUE FRANKLIN COUNTY FORTHE SAME THING LATER?

No. Unless you exclude yourself, you give up the right to sue Franklin County for the claims that this case involves. Instead, you will receive a check for your share of the Settlement Fund. If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately.You must exclude yourself from *this* Class to continue on with your own lawsuit. Remember, the exclusion deadline is May 9, 2022.

## XII. IF I EXCLUDE MYSELF, CAN I GET MONEY FROM THIS CASE?

No. If you exclude yourself, you will not be eligible to receive any money from this lawsuit.

# THE LAWYERS REPRESENTING YOU

## XIII. WHO ARE THE LAWYERS IN THIS CASE?

The Court approved Andrew Baker of the Baker Law Group, Columbus, Ohio, Elmer Robert Keach, III, Esquire, Law Offices of Elmer Robert Keach, III, PC, Albany, New York; Nicholas A. Migliaccio and Jason Rathod of Migliaccio & Rathod LLP, Washington, District of Columbia, and Aaron Rihn and Sara Watkins of Robert Pierce & Associates, P.C., Pittsburgh, Pennsylvania, to represent you and other Class Members. Together, the lawyers are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

## XIV. HOW WILL THE LAWYERS AND CLASS REPRESENTATIVES BE PAID?

Class Counsel will ask the Court for attorneys' fees and expenses as a percentage of the settlement, and a payment of $50,000 for Class Representative Kristen McDonald. The Settlement Agreement provides that one third (1/3) of the Settlement Fund ($833,333.33) will be paid to Class Counsel as an award of attorneys' fees, together with an award for the reimbursement of litigation expenses.. These amounts will be deducted from the Settlement Fund before payments are made to Class Members. The costs of administering the Settlement and locating class members, which are estimated at $40,000, will also be deducted from the Settlement Fund.

# OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

## XV. HOW DO I TELL THE COURT IF I DO NOT LIKE THE SETTLEMENT?

If you are a Class Member, you can object to the Settlement if you don't like any part of it. You can give objections why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter saying that you object to McDonald v. Franklin County, Ohio, Case Number 2:13-CV-0503. Be sure to include your name, address, telephone number, your signature, and the reasons why you object to this Settlement and the case number (2:13-CV-0503). Mail the objection to these three different places postmarked no later than May 9, 2022.

**COURT**

Clerk of the Court
United States District Court For the Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse, Room 169
85 Marconi Boulevard
Columbus, OH 43215

**CLASS COUNSEL**

Elmer Robert Keach, III, Esquire
Law Offices of Elmer Robert Keach, III, PC
One Pine West Plaza, Suite 109
Albany, NY 12205

**DEFENSE COUNSEL**

Amy L. Hiers, Esquire
Jeanine Hummer, Esquire
Jesse W. Armstrong, Esquire
John A. Zervas, Esquire,
Franklin County Prosecutor's Office
373 South High Street 13th Floor
Columbus, OH 43215

## XVI.   WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING MYSELF?

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you do not want to be a part of the Class. If you exclude yourself, you have no basis to object because the case no longer legally affects you.

# IF YOU DO NOTHING

## XVII.   WHAT HAPPENS IF I DO NOTHING AT ALL?

If you do nothing, you will receive money from the Settlement. Unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Franklin County about the legal issues in this case, ever again.

# THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlement.  You may attend and you may ask to speak, but you do not have to do so.

## XVIII. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

On May 12, 2022 at 10:00 a.m., the U.S. District Court for the Southern District of Ohio will hold a fairness hearing in the Joseph P. Kinneary U.S. Courthouse located at 85 Marconi Boulevard, Columbus, OH to determine whether the Class was properly certified and whether the proposed Settlement is fair, adequate, and reasonable. The Court will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay Class Counsel. This hearing may be continued or rescheduled by the Court without further notice. We do not know how long it will take the Court to give its decision.

## XIX. DO I HAVE TO COME TO THE HEARING?

No. Class Counsel will answer questions Judge Watson may have. But you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not required.

## XX. MAY I SPEAK AT THE HEARING?

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in McDonald v. Franklin County, Ohio, Case Number 2:13-CV-0503." Be sure to include your name, address, telephone number and your signature and the case number (2:13-CV-0503). Your Notice of Intention to Appear must be postmarked no later than May 9, 2022 and be sent to the Clerk of the Court, Class Counsel, and Defense Counsel, at the three addresses in question. It is possible that the Court will have you speak at the Fairness Hearing by telephone. You cannot speak at this hearing if you excluded yourself from the class.

## GETTING MORE INFORMATION

## XXI. HOW DO I GET MORE INFORMATION?

If you need additional help in determining whether you are a class member, or if you have other questions, you can contact a representative of Class Counsel at (518) 434-1718 who may be able to help you directly or have class counsel call you to answer your questions. You can also visit the Settlement website, www.jacksonpikesettlement.com.

*Si desea una copia del aviso en español, comuníquese con nosotros al 1-866-742-4955.*

# EXHIBIT C

# McDonald v. Franklin County, Ohio, Case Number 2:13-CV-503

**IF YOU ARE A WOMAN WHO WAS ADMITTED INTO THE CUSTODY OF THE FRANKLIN COUNTY SHERIFF'S OFFICE, AND HAD PHOTOGRAPHS TAKEN OF TATTOOS ON YOUR PRIVATE PARTS BETWEEN MAY 23, 2011 AND APRIL 30, 2014, YOU MAY BE ENTITLED TO RECEIVE MONEY FROM A CLASS ACTION SETTLEMENT**

- **What is the Settlement About?** This is a proposed settlement of a class action alleging female pre-arraignment detainees at Jackson Pike between May 23, 2011, and April 30, 2014, had photographs taken of their tattoos in compromising positions in violation of their constitutional rights.

- **Who is Included?** All female detainees who have been placed into the custody of the Franklin County Correctional Center Two ("Jackson Pike"), after being charged with misdemeanors, minor misdemeanors, violations of probation, traffic infractions, civil commitments, city code violations or other minor crimes, including failure to pay fines, and had photographs taken of their breasts, hypogastric region, genitals, and/or buttocks upon their entry into the Jackson Pike facility prior to being arraigned before a judicial officer, pursuant to a policy of the Franklin County Sheriff's Office. Detainees who are members of the class had photographs taken of their genitals, their hypogastric region, the lobes of their buttocks and/or the lobes of their breasts at the Jackson Pike facility. The class period commences on May 23, 2011, and extends until April 30, 2014.

- **What Does the Settlement Provide?** The primary benefit of the settlement to class members is a payment. Each Class Member is entitled to receive a pro rata share of the Settlement Fund, which we estimate will be in excess of $2,000.00. In addition, the Defendant has agreed to enact a policy forbidding photographing the tattoos of misdemeanor detainees as asserted in this lawsuit absent extraordinary circumstances, and will train its employees about the new policy in due course. The Defendant has also agreed that all photographs of the tattoos of class members will be sealed by Court Order and destroyed within five years.

The settlement requires the defendant to establish a Settlement Fund in the amount of $2,500,000 to pay all costs, expenses, attorney fees, and payments to class members. This is the complete and total settlement amount that defendant will pay and includes, in addition to payments to class members: (1) payment, on behalf of the class, of plaintiffs' attorneys' fees and litigation costs in an amount to be determined by the Court; (2) payment of an incentive award to the class representative; and (3) payment of the costs of notifying the class about, and administering all aspects of, this settlement, including distributing payment to members of the class.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Exclude Yourself** | If you are a class member and you exclude yourself from the Settlement, you will not be bound by the Settlement or judgment and will not be entitled to a cash payment. You will be free to pursue your claims, if any, against the Defendant. This is the only option that allows you to bring or be part of any other lawsuit against the Defendant in this case about the same legal claims that are advanced in this case. **You must exclude yourself from the Settlement by May 9, 2022.** |
| **Object** | If you are a class member and you do not exclude yourself, you may write to the Court about why you do not like the Settlement or the request for legal fees and costs. **You must send a written objection to the Court postmarked no later than May 9, 2022.** |
| **Go to a Hearing** | You may ask to speak in Court about the fairness of the Settlement or the request for fees and costs. |

| **Do Nothing** | If you are a class member, you will receive your pro rata share of the payment. You give up your right to sue Defendant on these claims later. |
|---|---|

- **Final Approval Hearing.** The Court in charge of this case still must decide whether to give final approval to the Settlement. Likewise, payments to class members will be distributed only if the Court grants final approval of the Settlement and after any appeals are resolved.

**IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT.**

These rights and options **— and the deadlines to exercise them** — are explained further in the **Notice of Proposed Class Action Settlement and Hearing** (pdf/FranklinCo_LongFormNotice.pdf) and the **Settlement Agreement** (pdf/Settlement_Agreement.pdf). Please continue to check this Settlement website for updates.

© 2022

# EXHIBIT D



**CALL NOW! 614-347-1895**

# Don't Let Mold & Mildew
# SPRING UP!

IF MOLD AND MILDEW ARE CREEPING INTO YOUR BATHROOM, IT'S TIME FOR A CLEANER, HEALTHIER CHANGE.



BEFORE



DURING



AFTER

## 20% OFF* YOUR BATHROOM REMODELING PROJECT

## GET YOUR QUOTE TODAY: 614-347-1895

*20% off the cost of a single project. $13,000 purchase required. Purchase must be made during initial visit and require installation. Not valid on previous purchases. Cannot be combined with any other offers. Some conditions may apply. Financing offer is subject to qualifying credit approval. Improveit Home Remodeling is neither a broker nor a lender. Financing is provided by third party lenders unaffiliated with Improveit Home Remodeling. Higher rates apply for buyers with lower credit ratings. See financing documents and disclosures for details. Visit improveitusa.com for additional information and conditions. Offer expires 3/31/2022.

# CLASSIFIEDS

email your ad to: 8888888@dispatch.com
614-888-8888

---

**Equal Housing Notice**

**PUBLISHER'S NOTICE**
Equal Housing Opportunity

All real estate advertising in this newspaper is subject to the Fair Housing Act which makes it illegal to advertise "any preference, limitation or discrimination." Familial status includes children under the age of 18 living with parents or legal custodians, pregnant women and people securing custody of children under 18. This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. Our readers are hereby informed that all dwellings advertised in this newspaper are available on an equal opportunity basis.

To complain of discrimination, call HUD toll-free at 1-800-669-9777. The toll-free telephone number for the hearing impaired is 1-800-927-9275.



**Homes Sale NW**

★★★★★★★★★★

**CHECK YOUR AD**

Please check your ad on the first day it appears in the paper to make sure everything is correct. Sometimes instructions over the phone are misunderstood and an error can occur in your ad. If this happens please contact us the first day your ad appears and we will be happy to fix it as soon as we can.

We appreciate your business

**The Columbus Dispatch**

★★★★★★★★★★

**Real Estate Services**

NOTICE
LENDING OPPORTUNITIES
Contact The Ohio Division of Financial Institutions' Office of Consumer Affairs BEFORE you refinance your home or obtain a mortgage. BEWARE of requests for any large advance payment of fees or insurance. Call the Office of Consumer Affairs toll free at 1-866-278-0003 to learn if the mortgage broker or lender is properly licensed. This notice is a public service of
**The Columbus Dispatch**

**Business Opportunity**

****NOTICE****
Investigate before you invest. Call the Ohio Division of Securities BEFORE purchasing an investment. Call the Division's Investor Protection Hotline at 800-788-1194 to learn if the investment is properly registered and if the seller is properly licensed. (This notice is a public service of  The Columbus Dispatch.)

---

**Public Notices**

CORRECTION TO
COMBINED NOTICE OF FINDING OF
NO SIGNIFICANT IMPACT
AND NOTICE OF INTENT TO
REQUEST RELEASE OF FUNDS

March 17, 2022
City of Columbus
Department of Finance and Management
90 W. Broad Street
Columbus, OH 43215

This notice will serve to correct information in the Combined Notice of Finding of No Significant Impact and Notice of Intent to Request Release of Funds published by the City of Columbus on February 23, 2022 for the Environmental Review Records (ERR) for the Harriet's Hope and Easton Place Homes projects. On or about April 1, 2022, The City of Columbus will submit requests to the U.S. Department of Housing and Urban Development (HUD) for the release of HOME Investment Partnership Program funds under Title II of the Cranston-Gonzales National Affordable Housing Act, as amended, for the above projects. The initial notice was published before all of the ERR requirements were satisfied, and this notice serves to extend the public comment period until April 1, 2022. Any individual, group, or agency may submit written comments on the ERR to the City of Columbus, Department of Finance and Management at grantinge@columbus.gov. All comments received by April 1, 2022 will be considered by the City of Columbus prior to authorizing submission of a request for release of funds. Comments should specify which Notice they are addressing. All other information provided in the notice of February 23, 2022 remains the same.
3/17

LEGAL NOTICE

Request for Bid: City of Upper Arlington
Project: Robert Road Service Center Trench Drain Replacement Project (Bid U2022-39)
Bid Opening: March 31, 2022
Bid documents can be found on the IonWave site.
3/17, 24

LEGAL NOTICES

Request for Bid: City of Upper Arlington
Project: 2022 McCoy Road, Phase 2 (Bid U-A22-38)
Bid Opening: March 24, 2022
Bid documents can be found on the IonWave bid site.
3/10, 17

---

Public Notice

SWACO is now accepting sealed Proposals from qualified vendors to provide temporary staffing for general labor at the Franklin County Sanitary Landfill and transfer stations. Business With Us and register to download the RFP documents by visiting www.swaco.org/Bids.aspx. Sealed Proposals are due and must be received by SWACO no later than 1:30 p.m. (EST), April 14, 2022. Contact Mr. Adam Burleson in writing only at adam.burleson@swaco.org for questions concerning this RFP. No phone calls please. SWACO reserves the right to reject any and all proposals and/or to waive minor irregularities or informalities in the competitive process.
3/17

---

**Public Notices**

ADVERTISEMENT FOR
BIDS/PUBLIC NOTICE TO BIDDERS

Sealed bids will be received at the office of the Del-Co Water Company, 6658 Olentangy River Road, Delaware, Ohio 43015 until 2:00 p.m. on April 14, 2022 and will be opened and read immediately thereafter for the

VILLAGE OF WALDO WATER MAIN
IMPROVEMENTS

OPINION OF PROBABLE
CONSTRUCTION COST $4,400,000.00

COMPLETION DATE: 450 DAYS
FROM NOTICE TO PROCEED

The bid specifications, drawings, plan holders list, addenda, and other bid information (but not the bid forms) may be viewed and/or downloaded for free via the internet at https://bids.ctconsultants.com . The bidder shall be responsible to check for Addenda and obtain same from the web site.

Bids must be in accordance with drawings and specifications and on forms available from CT Consultants, Inc. at a non-refundable cost of Two Hundred Dollars ($200.00). Documents may be ordered by registering and paying online at https://bids.ctconsultants.com . Please contact pfiazzo@microsoftxxxxxx.com or call (440) 530-2265 if you encounter any problems viewing, registering or paying for the documents.

This project will be funded by the Water Supply Revolving Loan Account Program as administered by the Ohio Environmental Protection Agency and the Ohio Water Development Authority. The Contractor shall note that there are Disadvantaged Business Enterprise participation goals for this project.

This procurement is subject to the EPA policy on encouraging the participation of small business in rural areas (SBRAs)
3/17, 24

---

**Information**

★★★★★★★★★★

**CHECK YOUR AD**

Please check your ad on the first day it appears in the paper to make sure everything is correct. Sometimes instructions over the phone are misunderstood and an error can occur in your ad. If this happens, please contact us the first day your ad appears and we will be happy to fix it as soon as we can.

We appreciate your business

**The Columbus Dispatch**

★★★★★★★★★★

Your child and a friend are invited to participate in a new study at the Ohio State University (OSU). Both must be 8-13 years old and receive consent from a parent/guardian to participate. The study takes 80-90 min and each child will receive $30. Interested? Call 614-616-7362 email: kivervik.1@osu.edu

---

**Public Notices**     **Public Notices**     **Public Notices**

LEGAL NOTICE

**IF YOU ARE A WOMAN WHO WAS ADMITTED INTO THE CUSTODY OF THE FRANKLIN COUNTY SHERIFF'S OFFICE BETWEEN MAY 23, 2011, AND APRIL 30, 2014, AND HAD PHOTOGRAPHS TAKEN OF TATTOOS ON YOUR PRIVATE PARTS WHILE IN CUSTODY, YOU ARE ENTITLED TO RECEIVE MONEY FROM A CLASS ACTION SETTLEMENT**

Your rights could be affected by a class action lawsuit settlement

The United States District Court for the Southern District of Ohio has certified a Settlement Class as part of a proposed settlement of a class action alleging that female pre-arraignment detainees at the Franklin County Correctional Center on Jackson Pike in Columbus, Ohio, who were admitted to custody between May 23, 2011, and April 30, 2014, had photographs taken of their tattoos in private areas in violation of their constitutional rights. The primary benefit of the settlement to class members is a payment. Each class member is entitled to receive a pro rata share of the settlement fund, which we estimate will be in excess of $2,000 per class member.

**What is this lawsuit?**

This is a class action lawsuit alleging that Franklin County engaged in the practice of illegally photographing the privates of female detainees charged with misdemeanors or other minor crimes upon their entry into the Jackson Pike facility between May 23, 2011, and April 30, 2014. The Plaintiff alleges, and Franklin County admits, that employees at the Jackson Pike facility photographed tattoos on the private parts of female detainees during this time period. Photos were taken of tattoos on the breasts, genitals, buttocks and in the area below the belly button. The Plaintiff alleges that the taking of these photographs of tattoos on a female detainee's private parts, as embodied in Franklin County policy, violates the Constitution of the United States. Franklin County claims that its practices are justified and legal.

This lawsuit does not include men, individuals who were charged with felonies or individuals who did not have tattoos on their privates.

**Who is included in the class?**

You are a class member if you are female, were admitted into the Jackson Pike facility between May 23, 2011, and April 30, 2014, were only charged with a misdemeanor or other minor crimes and had tattoos on your private parts photographed during your admission to the Jackson Pike facility.

**Are you entitled to any benefits at this time?**

Yes. Defendant has agreed to provide a settlement fund amount of $2,500,000.00 to compensate class members whose tattoos were photographed while at the Jackson Pike facility during the class period; pay for attorneys' fees, up to a maximum of $833,333.33; pay litigation expenses for class counsel; provide the class representative a service award of $50,000 for stepping forward and representing the class; and pay all the expenses of notifying the class about, and administering all aspects of, this settlement and delivering payments to class members. Attorneys' fees, administration costs and incentive awards are taken out of the settlement fund amount prior to distribution to the class. A complete description of the settlement is provided in the settlement agreement and release.

For more information, call toll free or visit the settlement website:

1 (866) 742-4955 • www.jacksonpikesettlement.com

or write

P.O. Box 59479, Philadelphia, PA 19102-9479 • info@rg2claims.com



Finding a job shouldn't feel like one.

dispatch.com/jobs

Powered by ZipRecruiter

# EXHIBIT E

:::: Apps  ☐ Contact - Columbu...  ⊕ QlikView - AccessP...  ☐ Citrix Access Gatew...  ⊕ ZipRecruiter | Gate...  ⊕ Adinfinitum™  M Gmail  ★ Columbus, OH - Ma...  »

# The Columbus Dispatch

**News**  **Sports**  **Entertainment**  **Business**  **Opinion**  **ThisWeekNews**  **BuckeyeXtra**  **Obituaries**  **E-Editions**  ⌄  🔍  **41°F** 🌙  Hi, Lau



## Closing arguments in Husel trial rescheduled a 4th time -- now Monday

**CRIME** 9:02 p.m. ET April 6



■ FOR SUBSCRIBERS

**Ohio lawmakers recall own abuse in seeking child rape law changes**

**POLITICS** 5:29 a.m. ET April 7



**What is Ohio HB 616?: The bill on sexual orientation education**

**NEWS** 10:01 p.m. ET April 6



■ FOR SUBSCRIBERS

**Oller: Former Ohio State coach Thad Matta returns to game he loves**

**SPORTS** 4:15 p.m. ET April 6

Advertisement

**LEGAL NOTICE**

**Women detained at Franklin County Correctional Center**

**You may be entitled to payment** if your private parts were photographed while in custody for a misdemeanor or minor crime.

Learn more now

RG/2 Claims Administration LLC

The Columbus Dispatch

[ News ] Sports   Entertainment   Business   Opinion   ThisWeekNews   BuckeyeXtra   Obituaries   E-Editions   ⌄ 🔍   41°F 🌙     Hi, Le



**COMMUNITIES** April 4, 2022



### What's Happening at Eastland-Fairfield: School builds upon power of connections

Brene Brown, author, speaker and podcaster, wrote that connection is "the energy that exists between people when they feel seen, heard, and valued ..."

**BEXLEY** 5:21 p.m. ET April 5



### From Waste to Resources: Reduce, reuse are important to combat climate change

Each April, the world comes together to discuss the growing impact of climate change and celebrate the achievements of organizations and communities who are making climate-saving actions a priority.

**COMMUNITIES** 4:12 p.m. ET April 5



### Balancing Act: As the world reopens, a person can read only so much

I used to feel insulted when my passionate recommendation for "the best book ever" was met with "Honestly, I don't have time for another one."

**COMMUNITIES** April 4, 2022

googleads.g.doubleclick.net/pcs/click?xai=AKAOjsuwwL-QvEP9B7bS



**LEGAL NOTICE**

**ATTENTION: Women detained at Franklin County Correctional Center**

Were your tattoos on your private parts photographed while in custody for a misdemeanor or minor crime?